# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1134
LT Case No. 2018-CF-000624-A

_____

SHANNON K. BAXTER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr.

Shannon K. Baxter, Bushnell, pro se.

No Appearance for Appellee.

October 21, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EISNAUGLE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____